KELLY v. WEYERHAEUSER CO.

No. 384P02

Case below: 150 N.C. App. 713

Motion by defendants to dismiss petition for discretionary review dismissed as moot 19 December 2002.

LAMBERTH v. McDANIEL

No. 133P02

Case below: 148 N.C. App. 406

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.

LIPE v. STARR DAVIS CO.

No. 152P01

Case below: 142 N.C. App. 213
          354 N.C. 363

Petition by defendants for rehearing under Rules 2 and 31 of the Rules of Appellate Procedure of defendants' petition for discretionary review dismissed 19 December 2002. Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 19 December 2002. Justice Edmunds recused.

MARSHALL v. WILLIAMS

No. 552P02

Case below: 153 N.C. App. 128

Motion by defendants to dismiss appeal by plaintiffs for lack of substantial constitutional question allowed 19 December 2002. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.